UNITED STATES of America,
Plaintiff–Appellee

v.

Greg Dion GARIVAY, Defendant–
Appellant.

No. 12–10472
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 18, 2013.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Defendant–Appellant.

Greg Dion Garivay, Pekin, IL, pro se.

Before JONES, OWEN, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Greg Dion Garivay has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Garivay has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities

herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.